# UNITED STATES DISTRICT COURT
### for the
Western District of Mo.

_____ Division

| | | |
|---|---|---|
| See attached ' et al | ) | Case No. _____ |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Trial by Jury demanded |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| –v– | ) | |
| | ) | |
| See attached 2,3 et al | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names. Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Plaintiff's

All parties signed below have
signed willingly and knowingly of their
own free will

1) *Edgar Holloway 4th*
   Edgar B. Holloway IV

2 *John R. VAN Orden*
   John R Van Orden

3 *Paul Bowles*
   Paul Bowles

4 *Brian Craig*
   Brian Craig

5 *Berg. Rik*
   (Richard Berg)

*William Doyle*    William Doyle
*William Doyle*

7 *Jay T Nelson*
   JAy T NELSON

8 *Micheal D. West*
   *Micheal D. West*    Micheal D. West

9. *[signature]* Moorman
   Cortez Moorman      Cortez Moorman

10. *[signature]* Lloyd King
    Lloyd King

11. *[signature]*
    MICHAEL FOGLE      Michael Fogle

12. *[signature]* Ralph Booker
    Ralph Booker

13. *[signature]* Taiwo Shango
    Taiwo Shango      Taiwo Shango

14. *[signature]* Nicholas Grado
    Nicholas Grado

15.

16.

Defendants list

1.) Kirsten Hunter P.H.D. ✗

2.) Sharron Robbins P.H.D. ✗

3.) Preston Morgan PHD

4.) Cynthia Hackathorne PHD ✗

5.) Leeann McVay

6.) Kimberly Weitl PHD PSyD

7.) Kevin Sanders PHD

8.) Jeffery Klien PHD

9.) Sujatha Ramesh PHD

10.) Michelle Lechner LCSW

11.) Mary Ford LCSW

Defendants list Cont.

12.) Adrian Oneil    LCSW

13.) Del Groves    LCSW

14.) Krissy Bender - Nichols

15.) Eric    Schmitt    A.G.

16.) Monty Platz    Asst. AG

17.) Emily Dodge    Asst A.G.

18.) Jo Krehmeyer    C DU civil defense Unit

19.) Shelly Fossel  Mo Public Defender

20.) Joint Commission of Accredidation

21.) Healthlink/Wellpoint

22.) Steve Mandrakia  Director

Defendant No. 5                                    3
Name   Leeann McVay
Job or Title (if known) Director of Operations SORTS Fulton
Sheild Number      N A
Employer   Dept. of Mental Health  Mo.
Address
        ☑ Individual capacity ☑ Official capacity


Defendant No. 6
Name  Kimberly Weitl
Job or Title (if known) PHD  End of Confinement Court Reporter
Sheild Number   N A
Employer   Attourney General  Mo.
Address         N A
        ☑ Individual capacity  ☑ Official capacity


Defendant No. 7
Name     Kevin Sanders
Job or Title (if known) P.H.D. Annual Court Reporter
Sheild Number      N A
Employer    Attourney General  Mo.
Address      N A
        ☑ Individual capacity ☑ Official capacity

Defendant No. 8

Name ~~Jeffery~~ [H] Jeffery Klien

Job or Title (if known) PHD Annual Court Reporter

Sheild Number NA

Employer Attourney General

Address NA

☑ Individual capacity ☑ Official capacity


Defendant No. 9

Name Sujatha Ramesh

Job or Title (if known) PHD Annual court Reporter

Sheild Number NA

Employer Attourney General

Address NA

☑ Individual capacity ☑ Official capacity


Defendant No. 10

Name Michelle Lechner

Job or Title (if known) LCSW

Sheild Number NA

Employer Dept of Mental Health Mo.

Address NA

☑ Individual capacity ☑ Official capacity

Defendant No. 11
Name    Mary Ford
Job or Title (if known)   LCSW  Director of Social Workers
Sheild Number    N A
Employer   Dept. of Mental Health  Mo
Address    N/A

☑ Individual Capacity   ☑ Official capacity


Defendant No. 12
Name    Adrian Oneil
Job or Title (if known) LCSW
Sheild Number    NA
Employer   Dept. of Mental Health  Mo.
Address    NA
☑ Individual capacity   ☑ Official capacity


Defendant No. 13
Name    Del Groves
Job or Title (if known) LCSW
Sheild Number    NA
Employer  Dept of Mental Health  Mo
Address    NA
☑ Individual Capacity   ☑ Official capacity

Defendant No. 14
Name    Krissy Bender - Nickels
Job or Title (if known) LCSW
Sheild Number    NA
Employer   Dept. of Mental Health  Mo
Address    NA
        ☒ Individual capacity   ☒ Official capacity


Defendant No. 15
Name    Eric  Schmitt
Job or Title (if known) Attourney General  Mo.
Sheild    NA
Employer   State of Mo.
Address    NA
        ☒ Individual capacity   ☒ Official capacity


Defendant No. 16
Name    Monty  Platz
Job or Title (if known) Assistant Attourny General Mo.
Sheild    NA
Employer    Attourney General  Mo.
Address    NA
        ☒ Individual capacity   ☒ Official capacity

Defendant No. 17
Name    Emily Dodge
Job or Title (if known) Assistant Attourney General Mo.
Sheild Number        N A
Employer        Attourney General Mo.
Address        N A
    ☑ Individual capacity    ☑ Official capacity


Defendant No. 18
Name    Jo Krehmeyer
Job or Title (if known) CDU Civil Defense Attourney
Sheild Number        N A
Employer        Attourney General  Mo.
Address        N A
    ☐ Individual capacity    ☑ Official capacity


Defendant No. 19
Name    Shelly Fossel
Job or Title (if known)  Mo. Public Defender
Sheild Number   N A
Employer    Department of Justice  Mo.
Address        N A
    ☐ Individual capacity    ☑ Official capacity

Defendant No. 20
Name    Joint Commission of Accredidation
Job or Title (if known)
Sheild Number    N A
Employer    et. al
Address    N A
☐ Individual capacity    ☑ Official capacity


Defendant No. 21
Name  Health link / Wellpoint
Job or Title (if known)  Insurance Providers
Sheild Number    N A
Employer    et. Al
Address    St. Louis Mo
☐ Individual capacity    ☑ Official capacity


Defendant No. 22
Name. Steve Nandrakian
Job or Title (if known) Dr.
Sheild Number NA
Employer  State Board of Proffessional Registration
Address
☐ Individual capacity    ☑ Official capacity

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Edgar B. Holloway

All other names by which you have been known: N/A

ID Number: 303781

Current Institution: FULTON HOSPITAL SPORTS

Address: 600 E. 5th Street

Fulton           Mo        65251
*City*                *State*        *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Kirsten Hunter

Job or Title *(if known)*: P.H.D. Anual Court Reporter

Shield Number: N/A

Employer: Attourney General

Address: Unknown

_____
*City*        *State*        *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2

Name: Sharron Robbins

Job or Title *(if known)*: PHD Anual Court Reporter

Shield Number: N/A

Employer: Attourney General

Address: Unknown

_____
*City*        *State*        *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 3
    Name           Preston Morgan
    Job or Title *(if known)*   PHD Annual Court Reporter
    Shield Number     N/A
    Employer        Attourney General
    Address         N A

|  *City* | *State* | *Zip Code* |
|---|---|---|

☑ Individual capacity    ☑ Official capacity

Defendant No. 4
    Name           Cynthia Hackathorne
    Job or Title *(if known)*   PHD Director of Psychology S.O.R.T.S
    Shield Number     N A
    Employer        Department of Mental Health Mo.
    Address         N A

|  *City* | *State* | *Zip Code* |
|---|---|---|

☑ Individual capacity    ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply):*

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    1st amendment   8th ammendment   5th and 4th ammendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☑ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☑ Other *(explain)* Civilly committed & involuntary

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

SORTS Fulton Hospital May 2013

C. What date and approximate time did the events giving rise to your claim(s) occur?

May 2013

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached [13]

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Attached [11]

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attached [12]

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FULTON STATE HOSPITAL SORTS program

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

_____ N A _____

2.    What did you claim in your grievance?

_____ N A _____

3.    What was the result, if any?

_____ N A _____

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____ N A _____

F.     If you did not file a grievance:

1.     If there are any reasons why you did not file a grievance, state them here:

No known Grievance procedure addresses the Claims I am bringing before the court at this time nor has there ever been any way to dispute a Dr.s diagnosis of any patients in the SORTs program outside of legal

2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    ☐ Yes

    ☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

     1.   Parties to the previous lawsuit

         Plaintiff(s)    NA

         Defendant(s)

     2.   Court *(if federal court, name the district; if state court, name the county and State)*

         NA

     3.   Docket or index number

         NA

     4.   Name of Judge assigned to your case

         NA

     5.   Approximate date of filing lawsuit

         NA

     6.   Is the case still pending?

         ☐ Yes

         ☐ No

         If no, give the approximate date of disposition.    NA

     7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

         NA

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____ N A _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____ N A _____

3.   Docket or index number

_____ N A _____

4.   Name of Judge assigned to your case

_____ N A _____

5.   Approximate date of filing lawsuit

_____ N A _____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____ N A _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N A _____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    07/15/2023

Signature of Plaintiff    Edgar Holloway 4th et al

Printed Name of Plaintiff    Edgar B. Holloway IV et al

Prison Identification #    303781

Prison Address    600 E 5th street

Fulton          MO    65251
City                 State        Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City                 State        Zip Code

Telephone Number    _____

E-mail Address    _____