# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

### JUDGMENT IN A CIVIL CASE

EDGAR HOLLOWAY, et al.,

    Plaintiffs,

v.  Case Nos. 24-cv-4149-BCW-P

KIRSTEN HUNTER, et al.,

    Defendants.

- ○ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- x **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: Motion to Dismiss GRANTED. This case is DISMISSED.

Entered on: May 9, 2024.

                                        PAIGE WYMORE-WYNN
                                        CLERK OF COURT

                                        /s/ K. Willis
                                        (By) Deputy Clerk